SEYFARTH SHAW LLP
Jennifer R. Brooks (SBN 14480)
jrbrooks@seyfarth.com
2323 Ross Ave., Suite 1660
Dallas, TX 75201
Telephone: (469) 608-6730

CLARK HILL, PLLC
Gia N. Marina
gmarina@clarkhill.com
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
Telephone: (702) 697-7541

*Counsel for Defendant*
*Equifax Information Services LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AANIYAH CLAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DISCOVER BANK; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC,<br><br>　　　　Defendants. | Case No.: 2:25-cv-00179-APG-NJK<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which *Pro Se* Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel for Equifax and *Pro Se* Plaintiff, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from February 4, 2025 through and including February 19, 2025. *Pro Se* Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

Dated: January 31, 2025

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Jennifer R. Brooks*
Jennifer R. Brooks, Bar No. 14480
SEYFARTH SHAW LLP
2323 Ross Avenue
Suite 1660
Dallas, Texas 75201
Telephone: (469) 608-6730
Email: jrbrooks@seyfarth.com

Gia N. Marina
CLARK HILL, PLLC
1700 S. Pavilion Center Drive
Suite 500
Las Vegas, NV 89135
Telephone: (702) 697-7541
Email: gmarina@clarkhill.com

*Counsel for Defendant*
*Equifax Information Services LLC*

Dated: January 31, 2025

Respectfully submitted,

By: */s/ Aaniyah Clay*
Aaniyah Clay
aaniyahclayblue2@gmail.com
9004 In Voge Ct
Las Vegas, NV  89149
Telephone: (702) 857-1666

*Plaintiff Pro Se*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: February 3, 2025

2

315968227v.1