Abran E. Vigil
Nevada Bar No. 7548
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
vigila@ballardspahr.com
chavezd@ballardspahr.com

*Counsel for Discover Bank*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Aaniyah Clay,<br><br>            Plaintiff,<br><br>vs.<br><br>Discover Bank; Trans Union LLC; Experian Information Solutions, Inc.; Equifax Information Services LLC,<br><br>            Defendants. | Case No.: 2:25-cv-00179-APG-NJK<br><br>**Joint Motion to Extend Time to Respond to Complaint**<br><br>**First Request** |

Defendant Discover Bank's ("Discover") response to plaintiff Aaniyah Clay's complaint is due February 4, 2025. Discover has requested, and plaintiff has agreed, that Discover have up to and including February 19, 2025, to respond to plaintiff's complaint. There is good cause for the extension because it will provide time for the parties to discuss a potential resolution of the claims asserted against Discover without the need for further litigation.

[continued on following page]

DMFIRM #405792292v1

1  This is the first request for an extension, and it is not sought for the purposes
2  of delay.

3  **BALLARD SPAHR LLP**

By: /s/ David E. Chavez  
Abran E. Vigil  
Nevada Bar No. 7548  
David E. Chavez  
Nevada Bar No. 15192  
1980 Festival Plaza Drive, Suite 900  
Las Vegas, Nevada 89135  
Telephone: 702.471.7000  

*Attorneys for defendant Discover Bank*

By: /s/ Aaniyah Clay  
Aaniyah Clay  
9004 In Vogue Ct.  
Las Vegas, Nevada 89149  
702.857.1666  
aaniyahclayblue2@gmail.com  

*Pro se plaintiff*

**ORDER**

IT IS SO ORDERED:

_____  
United States Magistrate Judge

DATED: February 5, 2025

DMFIRM #405792292v1

2