HOLLY WALKER (Nevada Bar No. 14295)
E: HWalker@ohaganmyer.com
INKU NAM (Nevada Bar No. 12050)
E: INam@ohaganmyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2801

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AANIYAH CLAY<br><br>    Plaintiff,<br><br>v.<br><br>DISCOVER BANK; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No. 2:25-cv-00179-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT EXPERIAN TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE EXPERIAN'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT [ECF NO. 19]**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") and Plaintiff AANIYA CLAY stipulate to extend Experian's deadline to file its response to Plaintiff's Motion to Strike Experian's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint (ECF No. 19) through Wednesday, March 5, 2025.

This extension request is made in good faith and not for the purpose of delay. The parties will not be prejudiced by stipulating to this extension, as the purpose of this first request for the

extension is to allow additional time for the Experian and Plaintiff to complete meaningful final settlement discussions, which may render full briefing of the pending motion unnecessary.

Dated this 17th day of February, 2025

/s/ Aaniyah Clay
Aaniyah Clay
9004 In Vogue Ct.
Las Vegas, NV 89149
702-857-1666
Aaniyahclayblue2@gmail.com

*Plaintiff Pro Se*

/s/ Inku Nam
HOLLY WALKER
Nevada Bar No. 14295
INKU NAM
Nevada Bar No. 12050
**O'HAGAN MEYER** PLLC
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

IT IS SO ORDERED:

Dated: February 20, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE