Abran E. Vigil
Nevada Bar No. 7548
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
vigila@ballardspahr.com
chavezd@ballardspahr.com

*Counsel for Discover Bank*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| Aaniyah Clay,<br><br>               Plaintiff,<br><br>vs.<br><br>Discover Bank; Trans Union LLC; Experian Information Solutions, Inc.; Equifax Information Services LLC,<br><br>               Defendants. | Case No. : 2:25-cv-00179-APG-NJK<br><br>**Joint Motion to Extend Time to Respond to Complaint**<br><br>~~First Request~~   **SECOND REQUEST** |

      Defendant Discover Bank's ("Discover") response to plaintiff Aaniyah Clay's complaint is due February 19, 2025. Discover has requested, and plaintiff has agreed, that Discover have up to and including February 26, 2025, to respond to plaintiff's complaint. There is good cause for the extension because it will provide time for the parties to continue discussing a potential resolution of the claims asserted against Discover without the need for further litigation and to account for the undersigned counsel's illness this week, which has caused him to take time away from work for recovery.

[continued on following page]

DMFIRM #405792292v1

This is the second request for an extension, and it is not sought for the purposes of delay.

**BALLARD SPAHR LLP**

By: /s/ David E. Chavez
Abran E. Vigil
Nevada Bar No. 7548
David E. Chavez
Nevada Bar No. 15192
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000

*Attorneys for defendant Discover Bank*

By: /s/ Aaniyah Clay
Aaniyah Clay
9004 In Vogue Ct.
Las Vegas, Nevada 89149
702.857.1666
aaniyahclayblue2@gmail.com

*Pro se plaintiff*

**NO FURTHER EXTENSIONS OF THIS DEADLINE WILL BE GRANTED.**

ORDER

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: February 20, 2025

DMFIRM #405792292v1