HOLLY WALKER (Nevada Bar No. 14295)
E: HWalker@ohaganmyer.com
INKU NAM (Nevada Bar No. 12050)
E: INam@ohaganmyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2801

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AANIYAH CLAY<br><br>   Plaintiff,<br><br>   v.<br><br>DISCOVER BANK; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>   Defendants. | Case No. 2:25-cv-00179-APG-NJK<br><br>**STIPULATED:**<br><br>   **(1) NOTICE OF SETTLEMENT.**<br><br>   **(2) REQUEST FOR STAY; AND**<br><br>   **(3) REQUEST FOR STATUS CHECK** |

Plaintiff Aaniyah Clay ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (collectively, the "Parties") hereby file this Stipulated Notice of Settlement and Request for Stay and Status Check. The Parties have an agreement in principle to settle the above-captioned action. Specifically, the Parties have agreed to terms of a settlement agreement and are now in the process of executing the document and fulfilling all other obligations outlined therein. The parties need enough time to complete the settlement process, including the issuance of settlement funds, prior to filing a stipulation to dismiss this action as to Experian.

Thus, the parties request the Court schedule a settlement status check conference in approximately sixty (60) days, at the Court's convenience, to permit the parties time to complete the settlement process and file a stipulation for dismissal. The status check can be vacated if the

Stipulation and Order for Dismissal with Prejudice is entered by the Court as an order in advance thereof.

The parties also request that the Court stay all pending deadlines regarding the Plaintiff's Motion to Strike (ECF No. 19) and the discovery plan/scheduling order that is due on March 20, 2025, as it pertains to Experian (ECF No. 15). The parties wish to avoid incurring additional fees and costs complying with the pending deadlines while the parties prepare the necessary settlement documents and dismissal.

Dated this 4th day of March, 2025

 /s/ Aaniyah Clay
Aaniyah Clay
9004 In Vogue Ct.
Las Vegas, NV 89149
702-857-1666
Aaniyahclayblue2@gmail.com

*Plaintiff Pro Se*

 /s/ Inku Nam
HOLLY WALKER
Nevada Bar No. 14295
INKU NAM
Nevada Bar No. 12050
**O'HAGAN MEYER** PLLC
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

IT IS ORDERED that this case is stayed as to defendant Experian. A status conference is scheduled for May 14, 2025 at 3:30 p.m. in LV Courtroom 6C. The status hearing will be vacated upon the filing of a stipulation to dismiss defendant Experian.

IT IS SO ORDERED:

Dated: March 5, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE