# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AANIYAH CLAY,<br><br>  Plaintiff(s),<br><br>v.<br><br>DISCOVER BANK, et al.,<br><br>  Defendant(s). | Case No. 2:25-cv-00179-APG-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by March 31, 2025.[1]

IT IS SO ORDERED.

Dated: March 24, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Defendant Experian need not participate in the filing of the discovery plan. *See* Docket No. 31.

1