INKU NAM (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2801

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AANIYAH CLAY,<br><br>        Plaintiff,<br><br>v.<br><br>DISCOVER BANK; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendants. | Case No. 2:25-cv-00179<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.** |

      It is hereby stipulated and agreed between Plaintiff Aaniyah Clay ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), that the above-entitled action is hereby dismissed with prejudice and without attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff has provided her consent and authorization for Experian to use her electronic signature and to file this Stipulation of Dismissal on her behalf.

Dated this 17th day of April, 2025

O'HAGAN MEYER PLLC

| | |
|---|---|
| /s/ Inku Nam | /s/  Aaniyah Clay |
| INKU NAM | AANIYAH CLAY, *Pro Se* |
| Nevada Bar No. 12050 | 9004 In Vogue Ct. |
| 300 S. 4th Street, Suite 1250 | Las Vegas, NV 89149 |
| Las Vegas, Nevada 89101 | Tel. 702.857.1666 |
| Tel. 725.286.2801 | |
| | *Plaintiff Pro Se* |
| *Attorneys for Defendant* | |
| *EXPERIAN INFORMATION* | |
| *SOLUTIONS, INC.* | |

IT IS SO ORDERED:

Dated:  April 18, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE