**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AANIYAH CLAY, | Case No.: 2:25-cv-00179-APG-NJK |
| Plaintiff | **Order Denying Motion to Strike as Moot** |
| v. | [ECF No. 19] |
| DISCOVER BANK, et al., | |
| Defendants | |

In light of the stipulation to dismiss between plaintiff Aaniyah Clay and defendant Experian Information Solutions, Inc. (ECF No. 51),

I ORDER that the plaintiff's motion to strike defendant Experian Information Solutions, Inc.'s answer (ECF No. 19) is DENIED as moot.

DATED this 21st day of April, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE