# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AANIYAH CLAY,<br><br>    Plaintiff(s),<br><br>v.<br><br>DISCOVER BANK, et al.,<br><br>    Defendant(s). | Case No. 2:25-cv-00179-JCM-NJK<br><br>**Order**<br><br>[Docket No. 54] |

Pending before the Court is Defendant TransUnion's motion to stay discovery pending resolution of its motion for judgment on the pleadings. Docket No. 54.[1] Plaintiff filed a response. Docket No. 56.[2] TransUnion filed a reply. Docket No. 57.

Having considered the governing standards, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court finds that a stay of discovery as to TransUnion is warranted.[3]

Accordingly, the Court **GRANTS** the motion to stay discovery. Discovery as to TransUnion is hereby **STAYED**.[4] In the event resolution of TransUnion's motion for judgment on the pleadings does not result in termination of TransUnion as a defendant, then Plaintiff and

---

[1] The motion for judgment on the pleadings is fully briefed. Docket Nos. 42, 46, 49.

[2] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

[3] Conducting the preliminary peek puts the undersigned in an awkward position because the assigned district judge will decide the underlying motion and may have a different view of the merits. *See Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 603 (D. Nev. 2011). The undersigned's "preliminary peek" at the merits of the motion for judgment on the pleadings is not intended to prejudice its outcome. *See id.* The undersigned carefully reviewed the arguments presented in the underlying motion and related briefing, but will not provide discussion of the merits herein.

[4] Plaintiff settled with Defendants Discover and Experian. Docket Nos. 28, 48. As to Defendant Equifax, no request to stay discovery has been filed. Moreover, Equifax did not file a joinder to TransUnion's motion for judgment on the pleadings. As such, discovery is <u>not</u> stayed as to Defendant Equifax. *E.g.*, *White v. Am. Tobacco Co.*, 125 F.R.D. 508, 510 (D. Nev. 1989).

1

TransUnion must file a joint proposed discovery schedule within 14 days of the issuance of the order resolving the motion for judgment on the pleadings.

IT IS SO ORDERED.

Dated: May 13, 2025

_____
Nancy J. Koppe
United States Magistrate Judge