Abran E. Vigil
Nevada Bar No. 7548
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
vigila@ballardspahr.com
chavezd@ballardspahr.com

Counsel for Discover Bank

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Aaniyah Clay,<br><br>    Plaintiff,<br><br>vs.<br><br>Discover Bank; Trans Union LLC; Experian Information Solutions, Inc.; Equifax Information Services LLC,<br><br>    Defendants. | Case No. : 2:25-cv-00179-APG-NJK<br><br>**Joint Motion to Dismiss Claims Against Discover Bank** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff Aaniyah Clay and defendant Discover Bank ("Discover") jointly move the Court to dismiss Clay's claims against Discover.

[continued on following page]

DMFIRM #405792292v1

Each party will bear her or its own fees and costs.

BALLARD SPAHR LLP

By: /s/ David E. Chavez
Abran E. Vigil
Nevada Bar No. 7548
David E. Chavez
Nevada Bar No. 15192
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000

Attorneys for defendant Discover Bank

By: /s/ Aaniyah Clay
Aaniyah Clay
9004 In Vogue Ct.
Las Vegas, Nevada 89149
702.857.1666
aaniyahclayblue2@gmail.com

*Pro se plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
United States District Court Judge

DATED: July 28, 2025

2

DMFIRM #405792292v1

## Certificate of Service

I hereby certify that on June 10, 2025, I caused a true and accurate copy of the foregoing document to be filed with the Clerk of the Court via the CM/ECF system and mailed to the below parties via U.S. First-Class, postage-prepaid mail.

Aaniyah Clay
9004 In Voge Ct.
Las Vegas, Nevada 89149

*Plaintiff, pro se*

Trans Union LLC
c/o Corporation Service Company
112 North Curry Street
Carson City, Nevada 89703

*Defendant*

Experian Information Solutions, Inc.
c/o CT Corporation System
701 S. Carson Street, Suite 200
Carson City, Nevada 89701

*Defendant*

Equifax Information Services LLC
c/o Corporation Service Company
112 North Curry Street
Carson City, Nevada 89703

*Defendant*

/s/ David E. Chavez
An employee of BALLARD SPAHR LLP

DMFIRM #405792292v1