1  CLARK HILL PLLC
   GIA N. MARINA, ESQ.
2  Nevada Bar No. 15276
   Email: gmarina@clarkhill.com
3  1700 S. Pavilion Center Drive, Suite 500
   Las Vegas, NV 89135
4  Telephone: (702) 862-8300

5  SEYFARTH SHAW LLP
   Jennifer R. Brooks (SBN 14480)
6  Email: jrbrooks@seyfarth.com
   2323 Ross Ave., Suite 1660
7  Dallas, TX 75201
   Telephone: (469) 608-6730
8  *Attorneys for Defendant*
   *Equifax Information Services LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AANIYAH CLAY,<br><br>        Plaintiff,<br><br>    v.<br><br>DISCOVER BANK; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC,<br><br>        Defendant. | Case No.: 2:25-cv-00179-APG-NJK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC ONLY** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Aaniyah Clay, and Defendant Equifax Information Services LLC ("Equifax") that the above-titled action is hereby dismissed with prejudice as to Defendant Equifax. Each party will bear their own costs and attorney's fees.

//

//

313735876v.1

The parties agree that this Stipulation is entered into in good faith and is not for the purposes of undue delay.

**IT IS SO STIPULATED**

Dated: August 27, 2025

By: /s/ Gia N. Marina
    Gia N. Marina, Esq.
    Nevada Bar No. 15276
    CLARK HILL PLLC
    1700 S. Pavilion Center Drive, Suite 500
    Las Vegas, Nevada 89135
    *Attorneys for Defendant*
    *Equifax Information Services LLC*

    Jennifer R. Brooks,
    Nevada Bar No. 14480
    SEYFARTH SHAW LLP
    2323 Ross Avenue
    Suite 1660
    Dallas, Texas 75201
    Telephone: (469) 608-6730
    Email: jrbrooks@seyfarth.com

Dated: August 27, 2025

By: /s/ Aaniyah Clay
    Aaniyah Clay
    *Plaintiff,*
    *In Proper Person*

_____
UNITED STATES DISTRICT JUDGE

DATED: September 3, 2025

313735876v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2025, I presented the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. As well, a copy has been sent via U.S. mail and electronic mail to the following address:

Aaniyah Clay, plaintiff pro se
9004 In Voge Ct
Las Vegas, NV 89149
Telephone: (702) 857-1666
Email: aaniyahclayblue2@gmail.com

                                      */s/ Gia Marina*
                                      An employee of CLARK HILL PLLC

313735876v.1