# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Aaniyah Clay,

    Plaintiff(s),

v.

Trans Union LLC,

    Defendant(s).

Case No. 2:25-cv-00179-JCM-NJK

**ORDER**

[Docket Nos. 73, 74]

Pending before the Court is Plaintiff's motion to file a second amended complaint, which appears to have been filed in duplicate. Docket Nos. 73, 74.[1] No response was filed in opposition. Accordingly, Plaintiff's motion to amend is **GRANTED** as unopposed. *See* Local Rule 7-2(d). The Clerk's Office is **INSTRUCTED** to docket the second amended complaint, along with the exhibits thereto (Docket Nos. 74-1, 74-2).

IT IS SO ORDERED.

Dated: December 16, 2025

                                            Nancy J. Koppe
                                            United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).