# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Aaniyah Clay,

      Plaintiff(s),

v.

Trans Union LLC,

      Defendant(s).

Case No. 2:25-cv-00179-JCM-NJK

**Order**

[Docket No. 84]

Pending before the Court is Defendant's proof of service of a subpoena. Docket No. 84. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

      IT IS SO ORDERED.

      Dated: March 17, 2026

                                    _____

                                    Nancy J. Koppe
                                    United States Magistrate Judge

1