Sarai L. Brown (Bar No. 11067)
sbrown@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

*Attorney for Defendant Trans Union LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AANIYAH CLAY,<br><br>                    Plaintiff,<br><br>v.<br><br>DISCOVER BANK, TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES LLC,<br><br>                    Defendants. | **Case No. 2:25-cv-00179-JCM-NJK**<br><br>**UNOPPOSED MOTION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION LLC TO RESPOND TO ORDER TO SHOW CAUSE**<br><br>**(FIRST REQUEST)** |

COMES NOW Defendant Trans Union LLC ("Trans Union"), by and through its attorney of record, files its Unopposed Motion for Extension of Time to Respond to the Court's Order to Show Cause and states as follows:

1.      On January 26, 2026, Plaintiff filed her Motion to Show Authority and Demand for Sanctions ("Motion").  *See* Dkt. No. 79.

2.      On February 9, 2026, Trans Union filed its Response in Opposition to Plaintiff's Motion.  *See* Dkt. No. 80.

3.      On February 17, 2026, Plaintiff filed her Reply in Support of her Motion. *See* Dkt. No. 82.

4.      On March 9, 2026, the Court entered an Order denying Plaintiff's Motion for Sanctions and Order Trans Union, Sarai Brown, Kyle Pietrzak, and Alexandria Epps to Show

1

8595891.3

Cause as to why they should not be sanctioned for the unauthorized practice of law no later than March 23, 2027[1]. *See* Dkt. No. 83.

5.      Good cause exists for the requested extension, because Trans Union needs additional time to locate the aforementioned attorneys (Kyle Pietrzsk and Alexandria Epps) who have since parted with Quilling Selander Lownds Moser & Winslett and prepare its response with appropriate declaration(s) relating to Court's Order. In addition, Trans Union's counsel Sarai Brown needs additional time to prepare her declaration as she has a pre-planned vacation and will be out of the office for a week.

6.      This request for an extension of time is made with the agreement of Plaintiff, is not made for any improper purpose, and will not prejudice the orderly administration of this matter.

7.      No party would be prejudiced by the extension.

WHEREFORE, Defendant Trans Union, by counsel, hereby requests that the Court enter an Order granting the Unopposed Motion for Extension of Time and providing Trans Union with and until March 30, 2026, to respond to the Court's Order to Show Cause.

Dated this 19th day of March 2026.

SKANE MILLS LLP

*/s/ Sarai L. Brown*

Sarai L. Brown (Bar No. 11067)
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 363-2535
*Counsel for Defendant Trans Union LLC*

DATED: March 20, 2026

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant assumes this was a typo and that the deadline to file a Response is March 23, 2026.

2

8595891.3